Thank you so much for your time, and I look forward to wishing you a happy 2013. Thank you.
judges: O'scannlain, Clifton, N.R. Smith